# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Troy Rainer Stinson, | No. CV-19-00128-TUC-RCC |
| Petitioner, | **ORDER** |
| v. | |
| Barbara Blanckensee, | |
| Respondent. | |

On October 17, 2019, Magistrate Judge Leslie A. Bowman issued a Report and Recommendation ("R&R") in which she recommended the Court dismiss Petitioner Troy Rainer Stinson's Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody ("Petition"). (Doc. 25.) The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed. The Court notes that the R&R was returned as undeliverable; however, Petitioner was warned that the onus was on her[1] to keep her mailing address current, and that a failure to do so may lead to dismissal. (Doc. 7 at 2.)

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or

---
[1] The court uses the feminine pronoun used by Petitioner, Respondent, and the Magistrate Judge. Stinson identifies as transgender. (Doc. 18 at 20.)

any other standard." *Id.* at 154.

The Court has reviewed the Petition (Doc. 1), Respondent's Answer (Docs. 13-14, 18), Petitioner's Reply (Doc. 15), and Judge Bowman's R&R (Doc. 25). The Court finds the R&R well-reasoned and agrees with Judge Bowman's conclusions.

IT IS ORDERED the R&R is ADOPTED (Doc. 25) and Troy Rainer Stinson's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DENIED (Doc. 1). The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 23rd day of December, 2019.

_____
Honorable Raner C. Collins
Senior United States District Judge